IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BOBBY JOE KEMP,

    Petitioner,

v.

LOUIS WILLIAMS, II,

    Respondent.

ORDER

Case No. 17-cv-493-jdp

Petitioner Bobby Joe Kemp seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than August 7, 2017. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately December 26, 2016 through the date of the petition, June 26, 2017.

ORDER

IT IS ORDERED that:

1. Petitioner Bobby Joe Kemp may have until August 7, 2017, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before August 7, 2017, I will assume that petitioner wishes to withdraw this petition.

Entered this 14th day of July, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge